BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DIANA J. HILTON ) | CIVIL NO. 2:08-cv-02495-DAD |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE BRIEF |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
|     Defendant. ) | |

/////
/////
/////
/////
/////
/////
/////
/////

1  IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time, up to December 28, 2009, to file the responsive brief. This extension is requested because Defendant's counsel needs additional time due to an unusually heavy workload.

Respectfully submitted,

/s/ Bess M. Brewer*
BESS M. BREWER
Plaintiff's Attorney
* by Armand Roth by email authorization of 11/19/09

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

Dated: November 20, 2009

/s/ Armand D. Roth
ARMAND D. ROTH
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL TO DEFENDANT:
LESLIE ALEXANDER
Assistant Regional Counsel

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: November 20, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\hilton2495.ord.eot.xmsj